**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                              **Case No. 8:06-cr-410-T-24TBM**

**DELORES JEAN BAINES,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on Defendant's **Motion to Determine Competency** (Doc. 12). By the motion, Defendant's counsel asserts grounds to support her opinion that despite her apparent awareness concerning the pending charges, Defendant may not have a rationale comprehension of her circumstances sufficient to make an informed decision concerning the resolution of her case. The court's review of the supporting documentation raises sufficient concern that the Defendant, despite her protests to the contrary, may presently suffer from a mental disease or defect rendering her mentally incompetent to proceed. Accordingly, the Defendant's **Motion to Determine Competency** (Doc. 12) is **GRANTED**. The court hereby appoints, **Dr. Donald Taylor** to conduct an independent psychiatric examination. The court requests Dr. Taylor complete the examination and file a report with this court within thirty (30) days of the date of this Order. Defense counsel, Dionja Dyer, is directed to provide Dr. Taylor with any pertinent medical or mental health history or other information pertinent to his evaluation.

Upon completion of the examination, Dr. Taylor is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to

whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, either party may request a further hearing.

**Done and Ordered** in Tampa, Florida this 5th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Susan C. Bucklew
Patricia Kerwin, Assistant United States Attorney
Dionja Dyer, Attorney for Defendant
Dr. Donald Taylor