**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 8:06-cr-410-T-24TBM**

**DELORES JEAN BAINES,**

**Defendant.**
**______________________________/**

**O R D E R**

The Defendant is before the court on a review of her competency. Heretofore the Court directed that the Defendant be committed to the custody of the Marshal for transport to a Federal Medical Facility upon a finding that she was incompetent to proceed. On July 13, 2007, Warden Van Buren of FMC Carswell, Texas advised that the Defendant was sufficiently recovered from her mental disease or defect to be competent to proceed. There upon, she was returned to the Middle District of Florida and presently is detained at the Hillsborough County Jail system.

The forensic evaluation report from FMC Carswell, which accompanies the Warden's letter, indicates that Defendant's improved mental status is directly related to treatment with "appropriate antipsychotic medication." It is further noted that "[i]f Ms. Baines is to maintain these treatment gains, it is imperative she continue to receive medication as currently prescribed." At the time, she was receiving 25 mg of Prolixin by intramuscular injection every four weeks. The court is now advised that the Defendant is not receiving any medication directed toward her mental condition and per her counsel, she appears to be slipping back into her former state. Accordingly, the court *sua sponte* directs that the Marshal arrange for the immediate transfer of the Defendant to Falkenburg Road Jail where she shall

be returned to the same treatment regimen undertaken at FMC Carswell, that is 25mg of Prolixin by intramuscular injection every four weeks. A sealed copy of the forensic evaluation shall be provided by the Marshal to the appropriate officials at the Hillsborough County Jail for their consideration. Any deviation from this treatment regimen shall be promptly reported to the court.

**Done and Ordered** in Tampa, Florida this 10th day of August 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Patricia Kerwin, Assistant United States Attorney
Dionja Dyer, Attorney for Defendant
U.S. Marshal w/attachment